■ In the Matter of JEFFREY FRANCISCO, Petitioner, v BRUCE ALLEN, JSC, Respondent. [887 NYS2d 925]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Tom, J.P., Friedman, Nardelli, Buckley and Richter, JJ.

(November 12, 2009)

■ In the Matter of ROBERT J. TROELLER, as President of Local 891, International Union of Operating Engineers, AFL-CIO, Appellant, v NEW YORK CITY DEPARTMENT OF EDUCATION, Respondents. [887 NYS2d 841]—Order, Supreme Court, New York County (Eileen A. Rakower, J.), entered May 16, 2008, which denied the petition to confirm an arbitration award and dismissed this proceeding, unanimously affirmed, without costs.

The parties negotiated a settlement before the special master issued a decision. The stipulation between the parties precluded petitioner from commencing this proceeding, except to enforce the stipulation. Its nonwaiver provision relating to the parties' rights to pursue resolution of the jurisdictional issue, then pending before the special master, when read in the context of the entire stipulation, was clearly meant to preserve their rights to make jurisdictional arguments in future proceedings. Concur—Gonzalez, P.J., Friedman, Moskowitz, Renwick and DeGrasse, JJ.